**IN THE DISTRICT COURT OF WARD COUNTY, TEXAS**
**143RD JUDICIAL DISTRICT**

| | | |
|---|---|---|
| JOEL RIOS | § | |
| | § | |
|       Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 21-11-25899-CVW |
| | § | |
| ZULFIQAR A. AWAN, and | § | |
| PRIMELINK EXPRESS, INC., | § | |
| | § | |
|       Defendants. | § | |

**INDEX OF MATTERS FILED UPON REMOVAL**

| DOCUMENT | EXHIBIT DESIGNATION |
|---|---|
| Request for Issuance of Service | Exhibit 1 |
| Citation to Primelink Express, Inc. | Exhibit 2 |
| Plaintiff's Original Petition and Jury Demand containing Rule 193.7 Notice, notice for Required Disclosures | Exhibit 3 |
| Affidavit of Service | Exhibit 4 |
| Motion for Alternative Service for Zulfiqar A. Awan | Exhibit 5 |
| Motion for Alternative Service for Primelink Express, Inc. | Exhibit 6 |
| Order for Alternative Service for Primelink Express, Inc. | Exhibit 7 |
| Return of Service for Primelink Express, Inc. | Exhibit 8 |
| Return of Service for Zulfiqar A. Awan | Exhibit 9 |
| Court Docket Sheet | Exhibit 10 |

806086

Respectfully submitted,

**Ray, Peña, McChristian, PC**
5822 Cromo Drive
El Paso, Texas 79912
(915) 832-7200 Phone
(915) 832-7333 Facsimile

Date: February 8, 2022          By:     */s/ Daniel H. Hernandez*
                                               **DANIEL H. HERNANDEZ**
                                               State Bar No. 09515685
                                               dhernandez@raylaw.com
                                             Attorneys for Defendant PrimeLink Express, Inc.

## CERTIFICATE OF SERVICE

       I hereby certify that on the date indicated above a copy of the foregoing was served on all counsel of record via the Texas E-file system.

                                          */s/ Daniel H. Hernandez*
                                          Daniel H. Hernandez

2

Ward County - District Clerk

**Request for Issuance of Service**
**CURRENT COURT:**

Filed: 11/12/2021 8:22 PM
Patricia Oyerbides
District Clerk
Ward County, Texas
Nayelli Munoz

**CASE NUMBER:** 21-11-25899-CVW

**Name(s) of Documents to be served:** Plaintiff's Original Petition and Jury Demand _____

**FILE DATE:** 11/12/2021_____Month/Day/Year
**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Zulfiqar A. Awan and Primelink Express, Inc.

Address of Service: Zulfiqar A. Awan (Defendant Awan) is an individual residing in Stockton, California. Defendant Awan may be served at his residence at 3691 Popolo Circle Stockton, California 95330.

Primelink Express, Inc. is a California company that may be served through its CEO, Gurmit Singh Malhi, at 825 Navy Drive Stockton, CA 95206.

Agent (if applicable) _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

| ☒ **Citation** | ☐ **Citation by Posting** | ☐ **Citation by Publication** | ☐ **Citations Rule 106 Service** |

☐ **Citation Scire Facias**   Newspaper_____
☐ **Temporary Restraining Order**   ☐ **Precept**   ☐ **Notice**
☐ **Protective Order**
☐ **Secretary of State Citation ($12.00)**   ☐ **Capias** (not by E-Issuance)   ☐ **Attachment** (not by E-Issuance)
☐ **Certiorari**   ☐ **Highway Commission ($12.00)**
☐ **Commissioner of Insurance ($12.00)**   ☐ **Hague Convention ($16.00)**   ☐ **Garnishment**
☐ **Habeas Corpus** (not by E-Issuance)   ☐ **Injunction**   ☐ **Sequestration**
☐ **Subpoena**
☐ **Other (Please Describe)** _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP (phone)** _____   ☒ **E-Issuance by District Clerk**
☐ **MAIL to attorney   at:** _____   **(No Service Copy Fees Charged)**

☐ **CONSTABLE**   *Note*: The email registered with EfileTexas.gov must be
**CERTIFIED MAIL by District Clerk**   used to retrieve the E-Issuance Service Documents.
Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up:_____   Phone: _____

☐ **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Paul Savinov_____Bar # or ID 24086698 ___

Mailing Address: 6100 Corporate Drive, Suite 110 Houston, Texas 77036.

Phone Number:281-702-8128_____

EXHIBIT #1

PLEASE RETURN THIS COPY TO CLERK

# C I T A T I O N

PATRICIA OYERBIDES
WARD COUNTY DISTRICT CLERK
143rd DISTRICT COURT
PO BOX 440
MONAHANS, TX 79756-4600

ATTORNEY FOR PLAINTIFF
OR PLAINTIFF:
PAVEL SAVINOV
1742 ZARAGOZA, SUITE A
EL PASO, TX 79936

## T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"

GREETING: Defendant
**PRIMELINK EXPRESS, INC**
**MAY BE SERVED BY SERVING ITS CEO,**
**GURMIT SINGH MALHI**
**825 NAVY DRIVE**
**STOCKTON, CA 95206**

You are hereby commanded to appear by filing a written answer to the Plaintiff's ORIGINAL PETITION AND JURY DEMAND at or before ten o'clock a.m. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable District Court of Ward County, Texas at the Courthouse of said County in Monahans, Texas, filed on NOVEMBER 12, 2021, in this case, numbered 21-11-25899-CVW on the docket of said court, and styled:

JOEL RIOS
-VS-
ZULFIQAR A. AWAN, ET AL

The nature of Plaintiff's demand is fully shown by a true and correct copy of said Plaintiff's Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Monahans, Texas, this 15th day of November, 2021.

ATTEST: PATRICIA OYERBIDES, DISTRICT CLERK
143rd DISTRICT COURT
WARD COUNTY, TEXAS

BY: _____
NAYELLI MUNOZ, DEPUTY

CITATION – REGULAR
(Revised 1/13/21)

EXHIBIT #2

# C I T A T I O N

PATRICIA OYERBIDES
WARD COUNTY DISTRICT CLERK
143rd DISTRICT COURT
PO BOX 440
MONAHANS, TX 79756-4600

ATTORNEY FOR PLAINTIFF
OR PLAINTIFF:
PAVEL SAVINOV
1742 ZARAGOZA, SUITE A
EL PASO, TX 79936

## T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"

GREETING: Defendant  **PRIMELINK EXPRESS, INC**
**MAY BE SERVED BY SERVING ITS CEO,**
**GURMIT SINGH MALHI**
**825 NAVY DRIVE**
**STOCKTON, CA 95206**

You are hereby commanded to appear by filing a written answer to the Plaintiff's ORIGINAL PETITION AND JURY DEMAND at or before ten o'clock a.m. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable District Court of Ward County, Texas at the Courthouse of said County in Monahans, Texas, filed on NOVEMBER 12, 2021, in this case, numbered 21-11-25899-CVW on the docket of said court, and styled:

JOEL RIOS
-VS-
ZULFIQAR A. AWAN, ET AL

The nature of Plaintiff's demand is fully shown by a true and correct copy of said Plaintiff's Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Monahans, Texas, this 15th day of November, 2021.

ATTEST: PATRICIA OYERBIDES, DISTRICT CLERK
143rd DISTRICT COURT
WARD COUNTY, TEXAS

BY: _____
NAYELLI MUNOZ, DEPUTY

CITATION – REGULAR
 (Revised 1/13/21)

EXHIBIT #2

Ward County - District Clerk

Filed: 11/12/2021 8:22 PM
Patricia Oyerbides
District Clerk
Ward County, Texas
Nayelli Munoz

Cause No. 21-11-25899-CVW

| | | |
|---|---|---|
| Joel Rios, | § | In the District Court of |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v.. | § | |
| | § | **143RD** Judicial District |
| Zulfiqar A. Awan, and Primelink Express, | § | |
| Inc. | § | |
| | § | |
| *Defendants.* | § | Ward County, Texas |

## Plaintiff's Original Petition and Jury Demand

Plaintiff Joel Rios ("Plaintiff") complains of Defendants Zulfiqar A. Awan and Primelink Express, Inc. (hereinafter referred to by name or as "Defendants") and would respectfully show the Court that:

### I.
### Discovery Control Plan

1.     Plaintiff intends to conduct discovery in this matter under Level 3 of the Texas Rules of Civil Procedure.

### II.
### Jurisdiction and Venue

2.     The claims asserted arise under the common law of Texas. This Court has jurisdiction and venue is proper because the crash occurred in Ward County, Texas.

### III.
### Statement Regarding Monetary Relief Sought

3.     Pursuant to Texas Rule of Civil Procedure 47(c), Plaintiff seeks monetary relief over $250,000.00 but not more than $1,000,000.00, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and judgment for all other relief to which Plaintiff is justly entitled. Plaintiff expressly reserves the right to amend this Rule 47 statement of relief if necessary.

EXHIBIT #3

### IV.
### Parties

4.      Plaintiff Joel Rios is an individual who resides in El Paso County, Texas.

5.      Defendant Zulfiqar A. Awan (Defendant Awan) is an individual residing in Stockton, California. Defendant Awan may be served at his residence at 3691 Popolo Circle Stockton, California 95330.

6.      Defendant Primelink Express, Inc. is a California company that may be served through its CEO, Gurmit Singh Malhi, at 825 Navy Drive Stockton, CA 95206.

### V.
### Facts

7.      This lawsuit is necessary as a result of personal injuries that the Plaintiff received on or about August 1, 2020. At that time, Plaintiff was traveling eastbound on South Frontage Road in Ward County, Texas. Subsequently, Defendant Awan, who was traveling northbound on Park Road 41 in a 2019 Volvo Tractor Trailer (VIN: 4V4NC9EH0KN898092), drove through a stop sign and struck Plaintiff's vehicle. As a result of the crash, Plaintiff suffered bodily injuries for which Defendants are responsible.

### VI.
### Negligence of Defendant Awan

8.      Defendant Awan committed acts of omission and commission, which constituted negligence. Such negligence was a proximate cause of the occurrence in question, the severe injuries, and the resulting damages of Plaintiff for which Defendant is legally responsible. Defendant was a proximate cause of the crash. Defendant is negligent as outlined in the paragraph below and such allegations are incorporated by reference as if set forth fully herein.

9.      Plaintiff alleges that Defendant Awan was negligent in one or more of the following manners:

2

EXHIBIT #3

    a.   Failed to control vehicle's speed;

    b.   Failed to operate the vehicle safely;

    c.   Failed to keep a proper lookout;

    d.   Failed to timely apply brakes;

    e.   Failed to take proper evasive action;

    f.   Failed to follow traffic signals;

    g.   Failed to yield the right of way;

    h.   Failed to stop at a stop sign;

    i.   Violations of the Texas Transportation Code;

    j.   Failed to follow the rules of the road; and

    k.   Failed to follow trucking safety rules and regulations.

10.    Defendant Awan's acts of omission and commission, which constituted negligence was a proximate cause of Plaintiff's injuries.

## VII.
## Negligence of Primelink Express, Inc. ("Primelink")

11.    Defendant Primelink. committed acts of omission and commission, which constituted negligence and negligence *per se*. Such negligence and negligence *per se* was a proximate cause of the occurrence in question, the severe injuries the Plaintiff sustained, and the resulting damages for which Defendant Primelink. is legally responsible.

12.    Plaintiff further alleges that Defendant Primelink  was negligent in one or more of the following manners:

    a.  Failure to explain and demonstrate its safety policies and procedures to Defendant Awan;

    b.  Failure to provide the necessary training to Defendant Awan regarding the driving of the company vehicle, vehicle safety, safety classes, how to properly and safely drive

3

EXHIBIT #3

the vehicle, the proper method to maintain a vehicle, the proper way and the necessity of keeping the vehicle clean and in proper working order, and in all matters regarding the proper and safe operation of a vehicle and the maintenance of vehicle in various situations;

c. Failure to properly train its drivers;

d. Failure to properly train its employees, including Defendant Awan regarding safe and proper operation of a vehicle such as a person and/or company of ordinary care would have done in the same or similar circumstances;

e. Failure to provide and/or require regular follow-up driver education and training;

f. Failure to establish an adequate safety program;

g. Failing to adequately supervise its drivers;

h. Failure to properly qualify its drivers;

i. Failure to establish adequate policies and/or adequately enforce policies for its drivers, including a policy for traveling at a safe speed, in a safe manner, and with vigilance;

j. Negligently entrusting the vehicle to its employee/driver;

k. Negligently hiring, supervising, and retaining its employee/driver who was an unqualified, an incompetent, and a careless driver;

l. Failure to monitor Defendant Awan to make sure that he was complying with policies and procedures;

m. Failure to interview and test Defendant Awan to make sure he had read, was familiar with, understood, and followed the company policies and procedures;

n. Failure to document and make a determination regarding fault in the collision made the basis of this suit;

o. Failure to supervise Defendant Awan to ensure that he was keeping the company vehicle properly maintained;

p. Such other and further acts of negligence as may be shown in the trial of this cause as discovery progresses.

4

EXHIBIT #3

## VIII.
### *Respondeat Superior* Liability

13.     At the time of the collision, Defendant Awan, the employee/driver of Joachim Trucking, Inc., was acting within the course and scope of his employment in the furtherance of his respective employer's business. Therefore, pursuant to the doctrine of *respondeat superior*, Defendant Primelink. is responsible for its respective employee's/driver's negligence.

## IX.
### Negligent Entrustment

14.     Defendant Primelink., its agents, successors, and assigns, were guilty of negligent and/or gross negligent entrustment, in that it knew, or should have known, that Defendant Awan, its employee/driver, was a reckless driver given his driving history and other factors. This negligent entrustment was a proximate cause of the collision in question and the personal injuries and other damages sustained by Plaintiff. To the extent Defendant Primelink failed to ask, investigate, and/or apprise itself of Defendant Awan's driving history, such acts and/or omissions constitute negligence that were a proximate cause of the collision, injuries, and damages as set forth in this petition.

## X.
### Gross Negligence of Defendants

15.     Plaintiff shows that the conduct, acts, and omissions of Defendant Primelink., their agents, successors, and assigns, acting individually and jointly, constitute gross negligence as that term is defined in law. As a result, Plaintiff is entitled to an award of exemplary damages against Defendant Awan and Defendant Primelink. The conduct of Defendant Primelink. and Defendant Awan, their agents, employees, successors, and assigns (when viewed objectively from each Defendant's standpoint at the time of the conduct) involved an extreme degree of risk, considering the probability and magnitude of the potential harm to others, and Defendants and their agents,

5

EXHIBIT #3

employees, successors and assigns were actually, subjectively aware of the risk involved, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of others. Plaintiff therefore, seeks exemplary damages against Defendant Awan. and Defendant Primelink.

## XI.
### Damages

16.     By virtue of the actions and conduct of the Defendants set forth above, Plaintiff was seriously injured and is entitled to recover the following damages:

        a.   Past and future medical expenses;

        b.   Past and future pain, suffering and mental anguish;

        c.   Past and future physical impairment;

        d.   Past and future physical disfigurement;

        e.   Past lost wages and future loss of earning capacity.

        f.   Property damages (including loss-of-use, cost of repairs, and diminished value).

17.     For the above reasons, Plaintiff is entitled to recover damages from the Defendants in an amount within the jurisdictional limits of this Court as well as pre and post-judgment interest.

## XII.
### Jury Demand

18.     Plaintiff hereby demands a trial by jury and pay the appropriate jury fee.

## XIII.
### Rule 193.7 Notice

19.     Plaintiff hereby gives actual notice to Defendants that any and all documents produced may be used against Defendants at any pre-trial proceeding and/or at trial of this matter without the necessity of authenticating the documents.

6

EXHIBIT #3

## XIV.
## Designated E-Service E-Mail Address

20.     The following is the undersigned attorney's designated e-service email address for all e-served documents and notices, filed and unfiled, pursuant to Tex. R. Civ. P. 21(f)(2) & 21(a): eservice@thehuynhlawfirm.com. This is the undersigned's only e-service email address, and service through any other email address will be considered invalid.

## XV.
## Required Disclosures

21.     Pursuant to Texas Rules of Civil Procedure 194(a), each Defendant is required to disclose, within thirty (30) days of the filing of the first answer, the information or material described in Rule 194.2(b)1-12. Any Defendant that is served or otherwise joined after the filing of the first answer must make their initial disclosures within thirty (30) days after being served or joined.

## XVI.
## Prayer

For the above reasons, Plaintiff prays that she obtains judgment against Defendants with interest on the judgment at the legal rate, pre-judgment interest, costs of court, and for such other relief, both in law and equity, to which Plaintiff is justly entitled.

### [SIGNATURE BLOCK FOLLOWS ON THE NEXT PAGE]

EXHIBIT #3

Respectfully submitted,

**THE HUYNH LAW FIRM, PLLC**

*/s/ Paul Savinov*

PAVEL "PAUL" SAVINOV
SBN: 24086698
psavinov@thehuynhlawfirm.com
SARAH Y-NHI HUYNH
SBN: 24092558
shuynh@thehuynhlawfirm.com
1742 Zaragoza, Suite A
El Paso, Texas 79936
Tel.: (915) 223-4878
Fax: (915) 218-5332
E-Service E-mail: eservice@thehuynhlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

8

EXHIBIT #3

## AFFIDAVIT FOR SUBSTITUTED SERVICE
UNDER RULE 106/501.2(e)(1)

**CASE NO: 21-11-25899-CVW**
**143rd District Court of WARD County**
JOEL RIOS

vs.
ZULFIQAR A. AWAN, AND PRIMELINK EXPRESS

BEFORE ME the undersigned authority, on this day personally appeared CESAR GONZALEZ who after being duly sworn, did upon oath state the following:

1.  My name is **CESAR GONZALEZ** : I am a private process server authorized to deliver process in this cause pursuant to court order. I am over the age of eighteen (18) years and am fully competent to testify to the matters stated in this affidavit. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct.

2.  On the 11/29/21 at 14:13:49 I was assigned to deliver a copy of the CITATION; PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND upon the defendant PRIMELINK EXPRESS, INC
              BY SERVING ITS CEO, GURMIT SINGH MALHI

3.  I have made several attempts to obtain personal service of process at the defendant's usual place of abode/business or by delivering by certified mail to the defendant's usual mailing address on the dates and times listed below:

| DATES/TIMES | ADDRESS / RESULTS OF VISIT                                             Ref# A21B03751 |
|---|---|
| Friday | 12/03/2021 10:12 AM 825 NAVY DRIVE STOCKTON CA 95206<br>THE MAIN GATE IS LOCKED |
| Tuesday | 12/07/2021 2:45 PM 825 NAVY DRIVE STOCKTON CA 95206<br>THE GATE IS LOCKED |
| Friday | 12/10/2021 1:20 PM 825 NAVY DRIVE STOCKTON CA 95206<br>THE CEO, CURMIT SINGH MALIH IS SELDON IN. THEY DO NOT KNOW WHEN TO EXPECT HIM IN NEXT. |
| Monday | 12/13/2021 9:10 AM 825 NAVY DRIVE STOCKTON CA 95206<br>NOT IN. |
| Thursday | 12/16/2021 11:55 AM 825 NAVY DRIVE STOCKTON CA 95206<br>NOT IN, THEY DO NOT KNOW WHEN HE WILL BE IN. |

I believe the defendant will be given reasonably effective notice of this suit by delivering a true copy of the documents stated in item (2) above to anyone over sixteen years of age at 825 NAVY DRIVE STOCKTON CA 95206 the above address or by attaching it securely to the front entry way at the address, which is the party's usual place of abode or business or any other place where the defendant can probably be found pursuant to the provisions of Rule 106(b)/501.2(e)(1), Texas Rules of Civil Procedure.

My name is CESAR GONZALEZ, my date of birth is __09/26/1985__ , and my address is 360 East 1st Street, Suite 773 Tustin, CA 92780 USA. I declare under penalty of perjury that the foregoing is true and correct.
Executed in ORANGE County, State of __California__ , on the;

__28__ day of __December__ , 20 __21__ .

CESAR GONZALEZ
Lic#: __PSC2627__        Declarant
                   Expiration: __5|2|22__

PCP#: A21B03751

E-File Affidavit



EXHIBIT #4

Filed: 12/28/2021 9:33 AM
Patricia Oyerbides
District Clerk
Ward County, Texas
Nayelli Munoz

<u>Notice: This Document</u>
<u>Contains Sensitive Data</u>

**CAUSE NO. 21-11-25899-CVW**

JOEL RIOS
VS
ZULFIQAR A. AWAN, AND PRIMELINK EXPRESS

IN THE DISTRICT COURT OF

143rd JUDICIAL DISTRICT

WARD COUNTY, TEXAS

## MOTION FOR ALTERNATIVE SERVICE
### T.R.C.P. 106 (B)

COMES NOW the Plaintiff in the above numbered and entitled cause and would show that the:
**CITATION; PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND**
on the below named defendant:
**AWAN, ZULFIQAR A.**
**3691 POPOLO CIRCLE**
**Stockton, CA 95212**

has not been delivered because the authorized process server/officer has been unable to locate the Defendant at his/her usual place of abode/business in the said county, as set forth above, in the order and affidavit attached hereto and made a part of this motion for all purposes.

Wherefore, Plaintiff prays that service of process on the Defendant be authorized by:

___X___ delivering a true copy of the citation and petition attached and a signed order to anyone over 16 years of age at

      **3691 POPOLO CIRCLE**
      **Stockton, CA 95212**

      OR
___X___ attaching a true copy of the citation and petition and a signed order securely to the front door/entry way at, or affixing to the gate if the property is gated at:

      **3691 POPOLO CIRCLE**
      **Stockton, CA 95212**

_____ By mailing a copy of the citation and petition via 1st Class Mail

which Plaintiff believes will be reasonably effective to give the Defendant notice of this suit.

*Paul Savinov*
_____
Savinov, Pavel "Paul"

**Attorney For Plaintiff**
6100 Corporate Dr Ste 110
Houston, TX 77036
ecelocia@thehuynhlawfirm.com
Tel (281) 702-8128
Fax (832) 365-6087
Bar # 24086698



**E-FILE**
**PCP Inv#: A21B03750**

EXHIBIT #5

## AFFIDAVIT FOR SUBSTITUTED SERVICE
UNDER RULE 106/501.2(e)(1)

CASE NO: 21-11-25899-CVW
143rd District Court of WARD County
JOEL RIOS

vs.
ZULFIQAR A. AWAN, AND PRIMELINK EXPRESS

BEFORE ME the undersigned authority, on this day personally appeared CESAR GONZALEZ who after being duly sworn, did upon oath state the following:

1. My name is **CESAR GONZALEZ** : I am a private process server authorized to deliver process in this cause pursuant to court order. I am over the age of eighteen (18) years and am fully competent to testify to the matters stated in this affidavit. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct.

2. On the 11/29/21 at 14:08:58 I was assigned to deliver a copy of the CITATION; PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND upon the defendant AWAN, ZULFIQAR A.

3. I have made several attempts to obtain personal service of process at the defendant's usual place of abode/business or by delivering by certified mail to the defendant's usual mailing address on the dates and times listed below:

| DATES/TIMES | ADDRESS / RESULTS OF VISIT | Ref# A21B03750 |
|---|---|---|
| Thursday | 12/02/2021 6:41 PM 3691 POPOLO CIRCLE STOCKTON CA 95212 NO ANSWER | |
| Friday | 12/10/2021 4:55 PM 3691 POPOLO CIRCLE STOCKTON CA 95212 NO ANSWER, NO MOVEMENT OR ACTIVITY | |
| Tuesday | 12/14/2021 7:50 AM 3691 POPOLO CIRCLE STOCKTON CA 95212 NOT HOME PER FEMALE. HE IS A TRUCK DRIVER AND SHE DID NOT KNOW WHEN TO EXPECT HIM. | |
| Friday | 12/17/2021 7:15 PM 3691 POPOLO CIRCLE STOCKTON CA 95212 NO ANSWER. NO MOVEMENT OR ACTIVITY | |

I believe the defendant will be given reasonably effective notice of this suit by delivering a true copy of the documents stated in item (2) above to anyone over sixteen years of age at 3691 POPOLO CIRCLE STOCKTON CA 95212 the above address or by attaching it securely to the front entry way at the address, which is the party's usual place of abode or business or any other place where the defendant can probably be found pursuant to the provisions of Rule 106(b)/501.2(e)(1), Texas Rules of Civil Procedure.

My name is CESAR GONZALEZ, my date of birth is 09/26/1985 , and my address is 360 East 1st Street, Suite 773 Tustin, CA 92780 USA. I declare under penalty of perjury that the foregoing is true and correct. Executed in ORANGE County, State of California , on the;

23 day of December , 20 21 .

CESAR GONZALEZ
Lic#: 2729

Declarant
Expiration: 5/2/22

PCP#: A21B03750

E-File Affidavit

EXHIBIT #5

# Zulfiqar A Awan Jr Age 52 (Dec 1969)

## 🏠 Current Address

3691 Popolo Cir
Stockton, CA 95212

## 📞 Phone Numbers

(209) 986-7675 - Wireless
(209) 594-0888 - Landline
(626) 369-0172 - Landline

## 🪪 Full Background Report

Sponsored by PeopleFinders.com

- Arrest Records
- Court Records
- Marriage & Divorce Records
- Birth & Death Records
- Police Records

- Search Warrants
- Criminal Records Data
- Property Records
- Bankruptcies, Judgments, Liens
- Complete Background Check

View Full Background Report

## Sponsored Links

## ✉️ Email Addresses

zawanz@yahoo.com

## 👤 Associated Names

Zulfigar A Awan, Zelfiqar A Awan Jr, Zulfiquar A Awan, Zulfiquar Nusrat, Awan
Zulfiqar, Nusrat Zulfiquar, Awan Zulifquar

## 🏠 Previous Addresses

PO Box 693462

Cedar Park   OPEN | Open 24 hours
707 N.Park Circle, Cedar Park
EXHIBIT #5

Filed: 1/6/2022 10:00 AM
Patricia Oyerbides
District Clerk
Ward County, Texas
Tommie Lujan

<u>Notice: This Document</u>
<u>Contains Sensitive Data</u>

**CAUSE NO. 21-11-25899-CVW**

JOEL RIOS

           VS

ZULFIQAR A. AWAN, AND PRIMELINK EXPRESS

| IN THE DISTRICT COURT OF

| 143rd JUDICIAL DISTRICT

| WARD COUNTY, TEXAS

## MOTION FOR ALTERNATIVE SERVICE
### T.R.C.P. 106 (B)

COMES NOW the Plaintiff in the above numbered and entitled cause and would show that the:
**CITATION; PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND**
on the below named defendant:
**PRIMELINK EXPRESS, INC BY SERVING ITS CEO, GURMIT SINGH MALHI**
**825 NAVY DRIVE**
**Stockton, CA 95206**

has not been delivered because the authorized process server/officer has been unable to locate the Defendant at his/her usual place of abode/business in the said county, as set forth above, in the order and affidavit attached hereto and made a part of this motion for all purposes.

Wherefore, Plaintiff prays that service of process on the Defendant be authorized by:

  _X_   delivering a true copy of the citation and petition attached and a signed order to anyone over 16 years of age at

    **825 NAVY DRIVE**
    **Stockton, CA 95206**

    OR

  _X_   attaching a true copy of the citation and petition and a signed order securely to the front door/entry way at, or affixing to the gate if the property is gated at:

    **825 NAVY DRIVE**
    **Stockton, CA 95206**

  _____   By mailing a copy of the citation and petition via 1st Class Mail

which Plaintiff believes will be reasonably effective to give the Defendant notice of this suit.

*Paul Savinov*
_____
Savinov, Pavel "Paul"

**Attorney For Plaintiff**
6100 Corporate Dr Ste 110
Houston, TX 77036
ecelocia@thehuynhlawfirm.com
Tel (281) 702-8128
Fax (832) 365-6087
Bar # 24086698



**E-FILE**
**PCP Inv#: A21B03751**

EXHIBIT #6

# AFFIDAVIT FOR SUBSTITUTED SERVICE
UNDER RULE 106/501.2(e)(1)

**CASE NO: 21-11-25899-CVW**
**143rd District Court of WARD County**
JOEL RIOS

vs.

ZULFIQAR A. AWAN, AND PRIMELINK EXPRESS

BEFORE ME the undersigned authority, on this day personally appeared CESAR GONZALEZ who after being duly sworn, did upon oath state the following:

1. My name is **CESAR GONZALEZ** : I am a private process server authorized to deliver process in this cause pursuant to court order. I am over the age of eighteen (18) years and am fully competent to testify to the matters stated in this affidavit. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct.

2. On the 11/29/21 at 14:13:49 I was assigned to deliver a copy of the CITATION; PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND upon the defendant PRIMELINK EXPRESS, INC
   BY SERVING ITS CEO, GURMIT SINGH MALHI

3. I have made several attempts to obtain personal service of process at the defendant's usual place of abode/business or by delivering by certified mail to the defendant's usual mailing address on the dates and times listed below:

| DATES/TIMES | ADDRESS / RESULTS OF VISIT | Ref# A21B03751 |
|---|---|---|
| Friday | 12/03/2021 10:12 AM 825 NAVY DRIVE STOCKTON CA 95206 THE MAIN GATE IS LOCKED | |
| Tuesday | 12/07/2021 2:45 PM 825 NAVY DRIVE STOCKTON CA 95206 THE GATE IS LOCKED | |
| Friday | 12/10/2021 1:20 PM 825 NAVY DRIVE STOCKTON CA 95206 THE CEO, CURMIT SINGH MALIH IS SELDON IN. THEY DO NOT KNOW WHEN TO EXPECT HIM IN NEXT. | |
| Monday | 12/13/2021 9:10 AM 825 NAVY DRIVE STOCKTON CA 95206 NOT IN. | |
| Thursday | 12/16/2021 11:55 AM 825 NAVY DRIVE STOCKTON CA 95206 NOT IN, THEY DO NOT KNOW WHEN HE WILL BE IN. | |

I believe the defendant will be given reasonably effective notice of this suit by delivering a true copy of the documents stated in item (2) above to anyone over sixteen years of age at 825 NAVY DRIVE STOCKTON CA 95206 the above address or by attaching it securely to the front entry way at the address, which is the party's usual place of abode or business or any other place where the defendant can probably be found pursuant to the provisions of Rule 106(b)/501.2(e)(1), Texas Rules of Civil Procedure.

My name is CESAR GONZALEZ, my date of birth is _09/26/1985_ , and my address is 360 East 1st Street, Suite 773 Tustin, CA 92780 USA. I declare under penalty of perjury that the foregoing is true and correct.
Executed in ORANGE County, State of _California_ , on the;

__28__ day of _December_ , 20_21_ .

CESAR GONZALEZ
Lic#: _PSC2627_

Declarant
Expiration: _5/2/22_

PCP#: A21B03751

E-File Affidavit



EXHIBIT #6

# Melissa Lookups: Property Info

## Property Information

### YS07,YS05,YC03,GS05

| | |
|---|---|
| Property Address | 825 Navy Dr<br>Stockton CA 95206-1169 |
| MAK (Melissa Address Key) | 3836443344 |
| Parcel Number (APN) | 16326046 |
| County (Code) | San Joaquin (06077) |
| Census FIPS+Tract+Block | 06077+000803+3009 |
| Owner's Name | GURMIT SINGH MALHI |
| Owner's Address | 825 Navy Dr<br>StocktonCA95206-1169 |
| Owner's Address MAK | 3836443344 |
| Type of Owner | INDIVIDUAL |
| Year Assessed | 2020 |
| Assessed Value Total | $1,989,000 |
| Assessed Value Land | $540,600 |
| Assessed Value Improvements | $1,448,400 |
| Tax Bill Amount | $25,178 |
| Year Built | 1971 |
| Building Area (sf) | 17,745 |
| Area 1st Floor | 0 |
| Area 2nd Floor | 0 |
| Area Lot (acres) | 2.4300 |
| Area Lot (sf) | 105,851 |
| Area Parking Garage (sf) | 0 |

EXHIBIT #6

**CAUSE NO. 21-11-25899-CVW**

| | |
|---|---|
| JOEL RIOS | IN THE DISTRICT COURT OF |
| VS | |
| ZULFIQAR A. AWAN, AND PRIMELINK EXPRESS | |
| | 143rd JUDICIAL DISTRICT |
| | |
| | WARD COUNTY, TEXAS |

## ORDER FOR ALTERNATIVE SERVICE
### T.R.C.P. 106 (B)

On the Motion presented and the affidavit attached from stating the location of the Defendant's usual place of business/abode or other place where:
**PRIMELINK EXPRESS, INC
BY SERVING ITS CEO, GURMIT SINGH MALHI**

the Defendant, can be found and stating specifically the facts showing that service has been attempted under T.R.C.P. 106 (B)        and service at
825 NAVY DRIVE Stockton, CA 95206
will be reasonably effective to give the Defendant, notice of this suit.

IT IS ACCORDINGLY ORDERED that an authorized process server/officer that is not a to this suit nor interested in the outcome shall give the Defendant, party
**PRIMELINK EXPRESS, INC
BY SERVING ITS CEO, GURMIT SINGH MALHI**

notice of this suit by:

  X   delivering a true copy of the citation and petition and a signed order attached, to anyone over 16 years of age at

   **825 NAVY DRIVE
   Stockton, CA 95206**

   OR
  X   attaching a true copy of the citation and petition and a signed order securely to the front door/entry way at,
   or affixing to the gate if the property is gated at:

   **825 NAVY DRIVE
   Stockton, CA 95206**

  _____ By mailing a copy of the citation and petition via 1st Class Mail

which will be reasonable effective to give the Defendant notice of this suit.

It is further ordered that the return of the authorized person be endorsed on or attached to the citation, stating when and how the citation was served, and be signed by the authorized person/officer, and is to make due return in accordance with the Texas Rules of Civil Procedure Rule 107.

Requested By: *Paul Savinov*                    SIGNED this_____day of_____, 20_____

Savinov, Pavel "Paul"

Attorney for Plaintiff
6100 Corporate Dr Ste 110                    _____
Houston, TX 77036                            **JUDGE PRESIDING**
ecelocia@thehuynhlawfirm.com                              **E-FILE**
Tel (281) 702-8128                                   **PCP Inv#: A21B03751**
Fax (832) 365-6087            Email Order To: 106@pcpusa.net

EXHIBIT #7

Filed: 1/21/2022 8:35 AM
Patricia Oyerbides
District Clerk
Ward County, Texas
Nayelli Munoz

PLEASE RETURN THIS COPY TO CLERK       **C I T A T I O N**

PATRICIA OYERBIDES                          ATTORNEY FOR PLAINTIFF
WARD COUNTY DISTRICT CLERK                  OR PLAINTIFF:
143rd DISTRICT COURT                        PAVEL SAVINOV
PO BOX 440                                  1742 ZARAGOZA, SUITE A
MONAHANS, TX 79756-4600                     EL PASO, TX 79936

### T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT: "You have been sued.  You may employ an attorney.  If you or your attorney do
not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the
expiration of twenty days after you were served this citation and petition, a default judgment may be taken
against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures
to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file
your answer with the clerk. Find out more at TexasLawHelp.org"

GREETING:  Defendant       **PRIMELINK EXPRESS, INC
                           MAY BE SERVED BY SERVING ITS CEO,
                           GURMIT SINGH MALHI
                           825 NAVY DRIVE
                           STOCKTON, CA 95206**

You are hereby commanded to appear by filing a written answer to the Plaintiff's ORIGINAL PETITION AND
JURY DEMAND at or before ten o'clock a.m. of the Monday next after the expiration of twenty days after the
date of service of this citation before the Honorable District Court of Ward County, Texas at the Courthouse of
said County in Monahans, Texas, filed on NOVEMBER 12, 2021, in this case, numbered 21-11-25899-CVW
on the docket of said court, and styled:

JOEL RIOS
-VS-
ZULFIQAR A. AWAN, ET AL

The nature of Plaintiff's demand is fully shown by a true and correct copy of said Plaintiff's Petition
accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the
mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Monahans, Texas, this 15th day of November, 2021.

ATTEST:  PATRICIA OYERBIDES, DISTRICT CLERK
143rd DISTRICT COURT
WARD COUNTY, TEXAS

BY: _____
NAYELLI MUNOZ, DEPUTY

CITATION – REGULAR
 (Revised 1/13/21)

**EXHIBIT #8**

## AFFIDAVIT OF SERVICE

**State of Texas**                    **County of WARD**                    **District Court**

Case Number: 21-11-25899-CVW

Plaintiff:
**JOEL RIOS**

vs.

Defendant:
**ZULFIQAR A. AWAN, AND PRIMELINK EXPRESS**

For:
Savinov, Pavel &quot;Paul&quot;

Received by Professional Civil Process of Texas, Inc. to be served on **PRIMELINK EXPRESS INC, 825 NAVY DRIVE, Stockton, CA 95206**.

I, George Sano, being duly sworn, depose and say that on the **11th day of January, 2022** at **4:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **CITATION; PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND; RULE 106 ORDER.** with the date and hour of service endorsed thereon by me, to: **John Schumacher** as **Safety Director** for **PRIMELINK EXPRESS INC**, at the address of: **825 NAVY DRIVE, STOCKTON, CA 95206**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: W, Height: 5'10", Weight: 240, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the ___12___
day of ___January___, ___2022___ by the affiant
who is personally known to me.

_____
NOTARY PUBLIC

_____
**George Sano**
PSC2623

**Professional Civil Process of Texas, Inc.**
**103 Vista View Trail**
**Spicewood, TX 78669**
**(800) 950-7493**

Our Job Serial Number: AXA-0000108444
Ref: A21B03751
Service Fee: _____



**TONI SANO**
COMM. #2325423
Notary Public - California
Orange County
My Comm. Expires Apr. 23, 2024

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1t

EXHIBIT #8

9:23
01/10/2022 FILED A.M.
PATRICIA O'YERBIDES
DISTRICT CLERK, WARD CO. TX
_____ DEPUTY

**CAUSE NO. 21-11-25899-CVW**

JOEL RIOS                                    IN THE DISTRICT COURT OF
                    VS
ZULFIQAR A. AMAN, AND PRIMELINK EXPRESS

                                             143rd JUDICIAL DISTRICT

                                             WARD COUNTY, TEXAS

**ORDER FOR ALTERNATIVE SERVICE**
**T.R.C.P. 106 (B)**

On the Motion presented and the affidavit attached from stating the location of the
Defendant's usual place of business/abode or other place where:
**PRIMELINK EXPRESS, INC**
**BY SERVING ITS CEO, GURMIT SINGH MALHI**

the Defendant, can be found and stating specifically the facts showing that service
has been attempted under T.R.C.P. 106 (B)        and service at
825 NAVY DRIVE Stockton, CA 95206
will be reasonably effective to give the Defendant, notice of this suit.

IT IS ACCORDINGLY ORDERED that an authorized process server/officer that is not a
to this suit nor interested in the outcome shall give the Defendant, party
**PRIMELINK EXPRESS, INC**
**BY SERVING ITS CEO, GURMIT SINGH MALHI**

notice of this suit by:

 X   delivering a true copy of the citation and petition and a signed order attached,
     to anyone over 16 years of age at

     **825 NAVY DRIVE**
     **Stockton, CA 95206**

     OR
 X   attaching a true copy of the citation and petition and a signed order securely
     to the front door/entry way at,
     or affixing to the gate if the property is gated at:

     **825 NAVY DRIVE**
     **Stockton, CA 95206**

 ____ By mailing a copy of the citation and petition via 1st Class Mail

which will be reasonable effective to give the Defendant notice of this suit.

It is further ordered that the return of the authorized person be endorsed on or
attached to the citation, stating when and how the citation was served, and be
signed by the authorized person/officer, and is to make due return in accordance
with the Texas Rules of Civil Procedure Rule 107.

Requested By: *Paul Savinov*              SIGNED this 10 day of January, 20 22

Savinov, Pavel "Paul"                     *Mike Swanson*

Attorney for Plaintiff                    **JUDGE PRESIDING**
6100 Corporate Dr Ste 115
Houston, TX 77036                                                    E-FILE
acoslosia@thahoyeblawfirm.com                                       PCP Xdv#: A21802751
Tel (281) 702-6126
Fax (832) 365-6087        Email Order To: 106@pcpusa.net

EXHIBIT #8

PLEASE RETURN THIS COPY TO CLERK

# C I T A T I O N

Filed: 1/28/2022 2:44 PM
Patricia Oyerbides
District Clerk
Ward County, Texas
Tommie Lujan

PATRICIA OYERBIDES
WARD COUNTY DISTRICT CLERK
143rd DISTRICT COURT
PO BOX 440
MONAHANS, TX 79756-4600

ATTORNEY FOR PLAINTIFF
OR PLAINTIFF:
PAVEL SAVINOV
1742 ZARAGOZA, SUITE A
EL PASO, TX 79936

## T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"

GREETING: Defendant   **ZULFIQAR A. AWAN**
**3691 POPOLO CIRCLE**
**STOCKTON, CALIFORNIA 95330**

You are hereby commanded to appear by filing a written answer to the Plaintiff's ORIGINAL PETITION AND JURY DEMAND at or before ten o'clock a.m. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable District Court of Ward County, Texas at the Courthouse of said County in Monahans, Texas, filed on NOVEMBER 12, 2021, in this case, numbered 21-11-25899-CVW on the docket of said court, and styled:

JOEL RIOS
-VS-
ZULFIQAR A. AWAN, ET AL

The nature of Plaintiff's demand is fully shown by a true and correct copy of said Plaintiff's Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Monahans, Texas, this 15th day of November, 2021.

ATTEST: PATRICIA OYERBIDES, DISTRICT CLERK
143rd DISTRICT COURT
WARD COUNTY, TEXAS

BY: _Navelli Munoz_
NAVELLI MUNOZ, DEPUTY

CITATION – REGULAR
(Revised 1/13/21)

## EXHIBIT #9

## AFFIDAVIT OF SERVICE

State of Texas                    County of WARD                    District Court

Case Number: 21-11-25899-CVW

Plaintiff:
**JOEL RIOS**

vs.

Defendant:
**ZULFIQAR A. AWAN, AND PRIMELINK EXPRESS**

For:
Savinov, Pavel &quot;Paul&quot;

Received by Professional Civil Process of Texas, Inc. to be served on **ZULFIQAR A. AWAN, 3691 POPOLO CIRCLE, Stockton, CA 95212**.

I, George Sano, being duly sworn, depose and say that on the **25th day of January, 2022** at **7:25 pm**, I:

**POSTED** by attaching a true copy of the **CITATION; PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND' ORDER FOR ALTERNATIVE SERVICE T.R.C.P. 106 (B).** with the date and hour of service endorsed thereon by me, to a conspicuous place on the property of the within named person's **RESIDENCE** at the address of: **3691 POPOLO CIRCLE, Stockton, CA 95212**.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 26
day of January , 2022 by the affiant
who is personally known to me.

_____
NOTARY PUBLIC



TONI SANO
COMM. #2325423
Notary Public - California
Orange County
My Comm. Expires Apr. 23, 2024

**George Sano**
PSC2623

**Professional Civil Process of Texas, Inc.**
**103 Vista View Trail**
**Spicewood, TX 78669**
**(800) 950-7493**

Our Job Serial Number: AXA-0000108445
Ref: A21B03750
Service Fee: _____

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1t

EXHIBIT #9

Copy from re:SearchTX

4:30

01/11/2022 FILED P M.
PATRICIA ORERBIDES
DISTRICT CLERK WARD CO. TX
_____ DEPUTY

**CAUSE NO. 21-11-25899-CVW**

JOEL RIOS

VS

ZULFIQAR A. AWAN, AND PRIMELINK EXPRESS

IN THE DISTRICT COURT OF

143rd JUDICIAL DISTRICT

WARD COUNTY, TEXAS

## ORDER FOR ALTERNATIVE SERVICE
## T.R.C.P. 106 (B)

On the Motion presented and the affidavit attached from stating the location of the Defendant's usual place of business/abode or other place where:
**AWAN, ZULFIQAR A.**

the Defendant, can be found and stating specifically the facts showing that service has been attempted under T.R.C.P. 106 (B)    and service at
3691 POPOLO CIRCLE Stockton, CA 95212
will be reasonably effective to give the Defendant, notice of this suit.

IT IS ACCORDINGLY ORDERED that an authorized process server/officer that is not a
to this suit nor interested in the outcome shall give the Defendant, party
**AWAN, ZULFIQAR A.**

notice of this suit by:

__X__  delivering a true copy of the citation and petition and a signed order attached, to anyone over 16 years of age at

   **3691 POPOLO CIRCLE**
   **Stockton, CA 95212**

   OR

__X__  attaching a true copy of the citation and petition and a signed order securely to the front door/entry way at,
or affixing to the gate if the property is gated at:

   **3691 POPOLO CIRCLE**
   **Stockton, CA 95212**

_____  By mailing a copy of the citation and petition via 1st Class Mail

which will be reasonable effective to give the Defendant notice of this suit.

It is further ordered that the return of the authorized person be endorsed on or attached to the citation, stating when and how the citation was served, and be signed by the authorized person/officer, and is to make due return in accordance with the Texas Rules of Civil Procedure Rule 107.

Requested By: *Paul Savinov*

Savinov, Pavel "Paul"

Attorney for Plaintiff
6100 Corporate Dr Ste 110
Houston, TX 77036
ecelecia@thebuynhlawfirm.com
Tel (281) 702-8128
Fax (832) 365-6087

SIGNED this __11__ day of __January__, 20 __22__

*Mike Swanson*

JUDGE PRESIDING

E-FILE
DCP Inv#: A21B03750

Email Order To: 106@pcpusa.net

EXHIBIT #9

Copy from re:SearchTX

```
                        WARD COUNTY CIVIL DOCKET
                        CAUSE # 21-11-25899-CVW

=================================================================================
      RIOS, JOEL                          ATTORNEY: SAVINOV,PAVEL
                                                    1742 ZARAGOZA, SUITE A
                                                    EL PASO, TX 79936
                                                    (915)223-4878


                              -- VS.--


      AWAN, ZULFIQAR A.                   ATTORNEY:
      PRIMELINK EXPRESS, INC.             ATTORNEY:


CAUSE OF ACTION: MOTOR VEHICLE ACCIDENT
FILE DATE: 11/12/2021


=================================================================================
DATE                         NATURE OF PROCEEDINGS
=================================================================================
11/12/2021         ORIGINAL PETITION CIVIL
 PL'S ORIG PET AND JURY DEMAND ATTY P.SAVINOV
11/12/2021         REQUEST COPIES
 REQUEST CITATION
11/12/2021         JURY FEE
11/15/2021         ISSUE CITATION - CERTIFIED MAIL
 CIT ISD (Z. AWAN) MAILED BACK TO ATTY; SRVD 1-25-22; EFILED 1-28-22
11/15/2021         CITATION
 CIT ISD (PRIMELINK EXPRESS) MAILED BACK TO ATTY; SRVD 1-11-22; EFILED 1-21-22
11/15/2021         RECEIPT ISSUED
 219410
12/28/2021         MOTION
 MOTION FOR ALTERNATIVE SERVICE
01/06/2022         MOTION
 MOTION FOR ALTERNATIVE SERVICE - ATTY P SAVINOV
01/11/2022         ORDER
 ORDER FOR ALTERNATIVE SERVICE - ZULFIQAR A. AWAN
01/11/2022         ORDER
 ORDER FOR ALTERNATIVE SERVICE - PRIMELINK EXPRESS, INC
```

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

EXHIBIT #10



**California Secretary of State**
Electronic Filing



# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | PRIMELINK EXPRESS INC. |

| | |
|---|---|
| Entity (File) Number: | C2937364 |
| File Date: | 02/19/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GQ83744 |

**Detailed Filing Information**

1. Entity Name:

   PRIMELINK EXPRESS INC.

2. Business Addresses:

   a. Street Address of Principal Office in California:

      825 NAVY DR
      STOCKTON, California 95206
      United States of America

   b. Mailing Address:

      825 NAVY DR
      STOCKTON, California 95206
      United States of America

   c. Street Address of Principal Executive Office:

      825 NAVY DR
      STOCKTON, California 95206
      United States of America

3. Officers:

   a. Chief Executive Officer:

      GURMIT S MALHI
      825 NAVY DR
      STOCKTON, California 95206
      United States of America

   b. Secretary:

      GURMIT S MALHI
      825 NAVY DR
      STOCKTON, California 95206
      United States of America

Document ID: GQ83744

EXHIBIT #11

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:

GURMIT S MALHI
825 NAVY DR
STOCKTON, California 95206
United States of America

4.  Director:

GURMIT S MALHI
825 NAVY DR
STOCKTON, California 95206
United States of America

Number of Vacancies on the Board of
Directors:

0

5.  Agent for Service of Process:

GURMIT S MALHI
825 NAVY DR
STOCKTON, California 95206
United States of America

6.  Type of Business:

TRANSPORTATION

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   GURMIT S MALHI

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: GQ83744

EXHIBIT #11